# Court of Appeals
# of the State of Georgia

ATLANTA,___April 13, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1235. JAMARIO VICKERS v. THE STATE.**

Jamario Vickers was charged with aggravated child molestation in 2014. At the time the charge was brought, Vickers was a minor. Vickers filed a motion to transfer to the juvenile court, which was denied by the superior court. Thereafter, Vickers filed this direct appeal. We, however, lack jurisdiction.

Vickers's direct appeal is premature as there is no final judgment and the case remains pending in the superior court. See OCGA § 5-6-34 (a) (1) (a judgment is final "where the case is no longer pending in the court below"). Therefore, the order from which Vickers seeks to appeal is interlocutory and not appealable without compliance with the interlocutory appeal procedure of OCGA § 5-6-34 (b), which includes obtaining a certificate of immediate review from the trial court. See *In the Interest of W.L., a child*, 335 Ga. App. 561, 563 (2016). Vickers's failure to follow the interlocutory appeal procedure deprives us of jurisdiction over this application, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___* 04/13/2016 ___
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*